UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| Church Of Merch, LLC | § § § | Case No. 1:17-bk-12250-MT |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nancy Hoffmeier Zamora, Esq. (SBN 137326), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 111,253.28                    Assets Exempt: NA
*(Without deducting any secured claims)*


Total Distributions to Claimants: 1,015.99       Claims Discharged
                                                 Without Payment: NA


Total Expenses of Administration: 3,984.01

---

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,984.01 | 3,984.01 | 3,984.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,250.00 | 4,716.74 | 4,716.74 | 1,015.99 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 589,033.84 | 266,934.82 | 266,934.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $593,283.84 | $275,635.57 | $275,635.57 | $5,000.00 |

4) This case was originally filed under chapter 7 on 08/23/2017. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2020           By:/s/Nancy Hoffmeier Zamora, Esq. (SBN 137326)
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1129-000 | 400.00 |
| Office equipment | 1129-000 | 600.00 |
| Office equipment | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy Hoffmeier Zamora | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Nancy Hoffmeier Zamora | 2200-000 | NA | 622.93 | 622.93 | 622.93 |
| International Sureties, Ltd. | 2300-000 | NA | 1.08 | 1.08 | 1.08 |
| Union Bank | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| CALIFORNIA FRANCHISE TAX BOARD | 2820-000 | NA | 800.00 | 800.00 | 800.00 |
| SLBIGGS, A division of SingerLewak | 3410-000 | NA | 1,131.13 | 1,131.13 | 1,131.13 |
| SLBIGGS, A division of SingerLewak | 3420-000 | NA | 118.87 | 118.87 | 118.87 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $3,984.01 | $3,984.01 | $3,984.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7A | California Departmentof Tax And Fee | 5800-000 | NA | 1,118.06 | 1,118.06 | 240.83 |
| 6A | FRANCHISE TAX BOARD | 5800-000 | 4,250.00 | 3,598.68 | 3,598.68 | 775.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $4,250.00 | $4,716.74 | $4,716.74 | $1,015.99 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5ivehole | | 0.00 | NA | NA | 0.00 |
| | Art Gun LLC | | 1,299.06 | NA | NA | 0.00 |
| | Bingo Players c/o AM Only LLC | | 7,690.46 | NA | NA | 0.00 |
| | BKSTG, Inc | | 6,145.82 | NA | NA | 0.00 |
| | Caked Up LLC | | 478.41 | NA | NA | 0.00 |
| | Chase Bank | | 70,390.15 | NA | NA | 0.00 |
| | Dream Junction Ink LLC | | 240.75 | NA | NA | 0.00 |
| | Electric Forest LLC | | 1,161.01 | NA | NA | 0.00 |
| | Express Die | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gareth Emery LLC. | | 4,480.38 | NA | NA | 0.00 |
| | Gizmodo Media Group LLC | | 55,185.74 | NA | NA | 0.00 |
| | Goldroom LLC | | 1,321.22 | NA | NA | 0.00 |
| | HiiDef Inc | | 0.00 | NA | NA | 0.00 |
| | Hive Technology, Inc | | 0.00 | NA | NA | 0.00 |
| | Hurray for the Riff Raff c/o PSBM | | 55.57 | NA | NA | 0.00 |
| | Invisible Entertainment | | 25,253.64 | NA | NA | 0.00 |
| | Kabbage Inc | | 0.00 | NA | NA | 0.00 |
| | Krewella Live LLC c/o Gelfand, Rennert & Feldman, LLP | | 104,416.33 | NA | NA | 0.00 |
| | LA Air Line | | 1,755.20 | NA | NA | 0.00 |
| | Lucky 47 Studios LTD | | 12,735.53 | NA | NA | 0.00 |
| | Madison House Presents LLC | | 5,090.69 | NA | NA | 0.00 |
| | MAP Digital Solutions | | 0.00 | NA | NA | 0.00 |
| | Mark Venezia | | 13,626.26 | NA | NA | 0.00 |
| | NASA Services | | 189.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Packsmart LLC | | 0.00 | NA | NA | 0.00 |
| | Perryscope Productions LLC | | 7,062.25 | NA | NA | 0.00 |
| | Ray Toro. | | 5,532.05 | NA | NA | 0.00 |
| | Rule Full Packaging Inc | | 12,861.50 | NA | NA | 0.00 |
| | S&S Activewear LLC | | 12,926.24 | NA | NA | 0.00 |
| | SCM | | 0.00 | NA | NA | 0.00 |
| | Showtek. | | 782.86 | NA | NA | 0.00 |
| | Size Records | | 3,068.66 | NA | NA | 0.00 |
| | Smog LLC | | 415.89 | NA | NA | 0.00 |
| | That Poppy LLC | | 17,346.05 | NA | NA | 0.00 |
| | The Hartford | | 0.00 | NA | NA | 0.00 |
| | T-Mobile | | 0.00 | NA | NA | 0.00 |
| | Tritonal LLC c/o Seraphic, Inc | | 670.98 | NA | NA | 0.00 |
| | Uline | | 2,504.34 | NA | NA | 0.00 |
| | Wellsucceed Embroidery (Hong Kong) | | 7,617.00 | NA | NA | 0.00 |
| | WiLine Networks Inc | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7B | California Departmentof Tax And Fee | 7100-000 | NA | 89.62 | 89.62 | 0.00 |
| 3 | Deadmau5 | 7100-000 | 119,047.96 | 118,473.66 | 118,473.66 | 0.00 |
| 5 | DHL Ecommerce | 7100-000 | 11,659.89 | 9,190.97 | 9,190.97 | 0.00 |
| 1 | Fedex Corporate Services Inc | 7100-000 | 18,450.91 | 20,541.41 | 20,541.41 | 0.00 |
| 6B | FRANCHISE TAX BOARD | 7100-000 | NA | 803.67 | 803.67 | 0.00 |
| 8 | Nazgul Touring Inc | 7100-000 | 37,703.74 | 37,770.06 | 37,770.06 | 0.00 |
| 4 | Univision Interactive Media | 7100-000 | NA | 54,686.46 | 54,686.46 | 0.00 |
| 2 | We Meow You Roar LLC | 7100-000 | 19,868.10 | 25,378.97 | 25,378.97 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $589,033.84 | $266,934.82 | $266,934.82 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-12250 | MT | Judge: | Maureen A. Tighe | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|---|---|---|
| Case Name: | Church Of Merch, LLC | | | | Date Filed (f) or Converted (c): | 08/23/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/25/2017 |
| For Period Ending: | 03/19/2020 | | | | Claims Bar Date: | 12/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2. Bank accounts | 91,879.00 | 0.00 | | 0.00 | FA |
| 3. Bank accounts | 138.41 | 0.00 | | 0.00 | FA |
| 4. Bank accounts | 3,098.56 | 0.00 | | 0.00 | FA |
| 5. Bank accounts | 2,250.20 | 0.00 | | 0.00 | FA |
| 6. Bank accounts | 287.11 | 0.00 | | 0.00 | FA |
| 7. Security deposit | 11,200.00 | 0.00 | | 0.00 | FA |
| 8. Security deposit | 2,200.00 | 0.00 | | 0.00 | FA |
| 9. Accounts receivable | 4,151.34 | 0.00 | | 400.00 | FA |
| 10. Office equipment | 5,000.00 | 600.00 | | 600.00 | FA |
| 11. Office equipment | 20,000.00 | 4,000.00 | | 4,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $140,404.62        $4,600.00        $5,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROPS. #1-#6:
Trustee made demand on Debtor for turnover of all cash and bank account balances as of the Petition Date of August 23, 2017.  No funds existed as of the Petition Date.

PROPS. #7-#8:
Trustee evaluated possible recovery of these security deposits from landlords.  Landlords had setoff rights to the entire amount of the security deposits

PROP. #9:
Trustee evaluated possible recovery of accounts receivable.  No funds could be collected based on aged A/R and defenses to payment.  The A/R is included in the sale of personal property to Debtor's principal, Jeremy Mora (see PROPS. #10-11 below).

PROPS. #10-#11:
Trustee, with the assistance of auctioneer R.L. Spear & Co., Inc. ("Auctioneer"), evaluated this equipment for auction or a possible sale to Debtor's principal, Jeremy Mora ("Buyer").  Buyer agreed to purchase the equipment and the A/R (see PROP.#9 above) (collectively, the "Personal Property") for $5,000.00 (the "Sales Price").  Trustee filed a sale motion (the "Sale Motion") and noticed the Sale Motion for hearing on September 26, 2018.  On September 28, 2018, the Court entered that certain order (the "Sale Order") approving the Sale Motion.  On August 29, 2019, Buyer tendered, and Trustee deposited, the final installment payment. Buyer has paid, in full, the $5,000.00 Sales Price.

GENERAL COMMENTS:
On October 2, 2017, the Court entered that certain order approving Trustee's employment of SLBiggs a  Division of SingerLewak ("Biggs") as Estate accountant.  Biggs prepared and Trustee filed final Estate tax returns.  Trustee reviewed the claims register and claims.  Trustee did not object to any claims.  On August 30, 2019, Trustee prepared the TFR.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Exemption:  N/A. |
| RE PROP # | 2 | -- | Bank of America business checking account (ending 6404).<br>Exemption:  N/A. |
| RE PROP # | 3 | -- | Chase business checking account (ending 9596).<br>Exemption:  N/A. |
| RE PROP # | 4 | -- | Bank of America business checking account (ending 6731).<br>Exemption:  N/A. |
| RE PROP # | 5 | -- | Bank of America business checking account (ending 5669).<br>Exemption:  N/A. |
| RE PROP # | 6 | -- | Bank of America business checking account (ending 5138).<br>Exemption:  N/A. |
| RE PROP # | 7 | -- | Security deposit for warehouse-834 Ceres Avenue, Los Angeles, California.<br>Exemption:  N/A. |
| RE PROP # | 8 | -- | Security deposit for 639 Stanford Avenue.<br>Exemption:  N/A. |
| RE PROP # | 9 | -- | Exemption:  N/A. |
| RE PROP # | 10 | -- | Various computer equipment at warehouse.<br>Exemption:  N/A. |
| RE PROP # | 11 | -- | Several professional printers/heat press machines.<br>Exemption:  N/A. |

Initial Projected Date of Final Report (TFR): 07/31/2020        Current Projected Date of Final Report (TFR): 08/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-12250 | Trustee Name: Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
| Case Name: Church Of Merch, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2876 |
| | Checking |
| Taxpayer ID No: XX-XXX9007 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/19/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/18 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $500.00 |
| 10/24/18 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $1,000.00 |
| 11/30/18 | | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | | $500.00 | | $1,500.00 |
| | | | Gross Receipts $500.00 | | | | |
| | 9 | | Accounts receivable $400.00 | 1129-000 | | | |
| | 10 | | Office equipment $100.00 | 1129-000 | | | |
| 01/04/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $2,000.00 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,985.00 |
| 02/11/19 | 1001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium 1/4/19-1/4/20 bond #016030867 | 2300-000 | | $1.08 | $1,983.92 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,968.92 |
| 03/20/19 | 10 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $2,468.92 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,453.92 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,438.92 |
| 04/25/19 | 1002 | CALIFORNIA FRANCHISE TAX BOARD BANKRUPTCY SECTION P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | Administrative Taxes Form 568 FYE 12/31/18 FEIN 45-2399007 Paid per order entered April 24, 2019 | 2820-000 | | $800.00 | $1,638.92 |
| 04/30/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Purchase of Personal Property | 1129-000 | $500.00 | | $2,138.92 |
| | | | Page Subtotals: | | $3,000.00 | $861.08 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-12250 | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
|---|---|---|---|
| Case Name: | Church Of Merch, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX2876 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9007 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $2,638.92 |
| 06/27/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $3,138.92 |
| 07/23/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $3,638.92 |
| 08/30/19 | 11 | Povevolving, LLC fbo Jeremy Mora | Sale of Personal Property | 1129-000 | $500.00 | | $4,138.92 |
| 11/13/19 | 1003 | Nancy Hoffmeier Zamora<br>U.S. Bank Tower, 633 W. 5th Street, Suite 2600<br>Los Angeles, CA  90071 | Final distribution creditor account # representing a payment of 100.00 % per court order.<br>Paid per order entered November 13, 2019. | 2100-000 | | $1,250.00 | $2,888.92 |
| 11/13/19 | 1004 | Nancy Hoffmeier Zamora<br>U.S. Bank Tower, 633 W. 5th Street, Suite 2600<br>Los Angeles, CA  90071 | Final distribution creditor account # representing a payment of 100.00 % per court order.<br>Paid per order entered November 13, 2019. | 2200-000 | | $622.93 | $2,265.99 |
| 11/13/19 | 1005 | SLBIGGS, A division of SingerLewak<br>10960 Wilshire Blvd., 7th Floor<br>Los Angeles, CA  90024<br>Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00 % per court order.<br>Paid per order entered November 13, 2019. | 3410-000 | | $1,131.13 | $1,134.86 |
| 11/13/19 | 1006 | SLBIGGS, A division of SingerLewak<br>10960 Wilshire Blvd., 7th Floor<br>Los Angeles, CA  90024<br>Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00 % per court order.<br>Paid per order entered November 13, 2019. | 3420-000 | | $118.87 | $1,015.99 |
| 11/13/19 | 1007 | FRANCHISE TAX BOARD<br>Franchise Tax Board <B>(Administrative)</B><br>Bankruptcy Section Ms A340<br>Po Box 2952<br>Sacramento, Ca 95812-2952 | Final distribution to claim 6 creditor account # representing a payment of 21.54 % per court order.<br>Paid per order entered November 13, 2019. | 5800-000 | | $775.16 | $240.83 |

Page Subtotals:  $2,000.00    $3,898.09

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-12250 | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|
| Case Name: | Church Of Merch, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX2876 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9007 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | 1008 | California Departmentof Tax And Fee Administration/Special Ops Mic:55 fka: Board Of Equalization P.O. Box 942879 Sacramento CA 94279-0055 | Final distribution to claim 7 creditor account # representing a payment of 21.54 % per court order. Paid per order entered November 13, 2019. | 5800-000 | | $240.83 | $0.00 |
| 02/13/20 | 1007 | FRANCHISE TAX BOARD Franchise Tax Board &lt;B&gt;(Administrative)&lt;/B&gt; Bankruptcy Section Ms A340 Po Box 2952 Sacramento, Ca 95812-2952 | Final distribution to claim 6 creditor account # representing a payment of 21.54 % per court order. Reversal Paid per order entered November 13, 2019. Stop Payment Confirmation# 0440088 | 5800-000 | | ($775.16) | $775.16 |
| 02/13/20 | 1009 | FRANCHISE TAX BOARD Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento, CA 95812-2952 | Final distribution to claim 6 creditor account # representing a payment of 21.54 % per court order. Paid per order entered November 13, 2019 | 5800-000 | | $775.16 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals:    $0.00    $240.83

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2876 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |